# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Joseph Digregorio                    Cr.: 03-CR0002536
                                                        PACTS #: 33827

Name of Sentencing Judicial Officer: The Honorable Joseph Greenaway (reassigned to The Honorable Faith S. Hochberg in May 2011)

Date of Original Sentence: 04/17/06

Original Offense: Money Laundering

Original Sentence: 41 months custody, 3 years TSR, DNA, No New Debt, Restitution of $531,531.37

Type of Supervision: TSR                    Date Supervision Commenced: 08/07/09

### STATUS REPORT

U.S. Probation Officer Action:

On August 7, 2009, the offender was began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on June 13, 2011.

Mr. Digregorio currently resides in North Arlington, NJ. The offender has been employed with Strategic Content Imaging since 2009. On April 25, 2011, a modification was sent to the Court requesting to lower offender's payments to $100 per month. We believe that Mr. Digregorio has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,780 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Digregorio's term of supervision to expire as scheduled on August 6, 2012.

Respectfully submitted,

By: Patricia C. Jensen
    U.S. Probation Officer Assistant
Date: August 2, 2012

[X] Concur with U.S. Probation's recommendation
[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

_____
Signature of Judicial Officer

_____8/6/2012_____
Date